## CLOWDIS *v*. THE STATE.

HILL, J. The act of 1918 (Ga. L. 1918, p. 259) requires that the testimony of the female be supported. The present case being controlled by that statute, the evidence is insufficient to authorize the verdict of guilty, there being no evidence to support the testimony of the female alleged to have been raped. The motion for new trial embraces only the general grounds, and the judge erred in refusing a new trial. 52 C. J. 1103, § 136(b) et seq.

*Judgment reversed. All the Justices concur except*

RUSSELL, C. J., and BECK, P. J., dissenting. Reversal of the judgment of the court below is based upon the ground that there was not sufficient corroboration as the act referred to requires. Under the evidence the question whether there was corroboration or not was for determination by the jury, and there was a question of fact raised under the evidence; and there being no special assignment of error, the judgment should be affirmed.

No. 9419. MARCH 18, 1933.

*C. D. Rivers,* for plaintiff in error.

*Lawrence S. Camp, attorney-general, M. Neil Andrews, solicitor-general, J. Fred Kelly, solicitor-general,* and *J. Ralph Rosser,* contra.